IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| ANNE WOLF, as Executrix of the <br> Estate of John William Wolf, <br><br> Plaintiff <br><br> v <br><br> WESTERN FORGE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    CIVIL NO. 2:06cv12 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Andrew S. Culbreath, of the law firm of Love, Thornton, Arnold & Thomason, P.A., to appear as counsel for the plaintiff in this matter filed on June 19, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Andrew S. Culbreath is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: June 20, 2006

_____
Dennis L. Howell
United States Magistrate Judge