IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| ANNE WOLF, as Executrix of the<br>Estate of John William Wolf, | ) | |
| Plaintiff, | ) | |
| v | ) | |
| WESTERN FORGE CORPORATION, | ) | CIVIL NO. 2:06-CV-12 |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Samuel H. Franklin of the law firm of Lightfoot, Franklin & White, L.L.C., to appear as additional counsel for the defendant in this matter filed on June 20, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Samuel H.. Franklin is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: June 26, 2006

_____
Dennis L. Howell
United States Magistrate Judge